COCHRAN BOX AND MANUFACTURING COMPANY, INC., Respondent, v. THE MONROE BINDER BOARD COMPANY, Appellant.

*Service — validity of service of summons upon foreign corporation.*

*Cochran Box & Manfg. Co., Inc., v. Monroe Binder Board Co.,* 197 App. Div. 221, affirmed.

(Argued October 4, 1921; decided October 18, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 24, 1921, which affirmed an order of Special Term denying a motion to vacate the service of a summons herein. The defendant, a foreign corporation, had an agent, who had a desk in a room in an office building in New York city, whose duty was to solicit business for and send orders to defendant. Defendant's name was over the desk, the telephone was listed in its name, and the stationery used contained the words, " New York Office, 480 Lexington Ave., Grand Central Palace. H. L. Hutchinson, New York Representative, Vanderbilt 7300," and below that the words, " Address your reply to New York office."

The following questions were certified: " 1. Was the defendant at the time of the service of the summons herein, doing business within the state of New York in such a sense and in such a degree as to subject it to the jurisdiction of the courts of the state of New York, within the meaning of subdivision 4 of section 1780 of the Code of Civil Procedure?

" 2. Were the duties of Howard L. Hutchinson, the defendant's New York representative, such as to constitute him a managing agent of the defendant corporation within the meaning of subdivision 3 of section 432 of the Code of Civil Procedure? "

*Alfred W. Gray* for appellant.

*S. Wallace Dempsey* for respondent.

Order affirmed, with costs, and questions certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: McLAUGHLIN, J.